# United States District Court
# For The Western District of North Carolina
# Statesville Division

JEREMY DAGAN JAYNES,

       Petitioner,                      JUDGMENT IN A CIVIL CASE

vs.                                         CASE NO. 5:09CV60-BR

UNITED STATES OF AMERICA,

       Respondent.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 15, 2009 Order.

                                         Signed: July 15, 2009

                                         Frank G. Johns, Clerk
                                         United States District Court